1817.

*Philadelphia.*

EMLEN *against* HOOPS.

EJECTMENT.

*Saturday,*
April 5.

In ejectment
the defend-
ant's name
will not be
struck out, in
order to sub-
stitute the
landlord's,
without the
plaintiff's con-
sent; but the
landlord may
be made a co-
defendant.

A RULE had been obtained by *H. Jacobs* and *John R. Jacobs*, to shew cause why they should not be substituted defendants, instead of *Hoops*, the defendant.

The COURT decided that they might be admitted as co-defendants ; but the name of *Hoops*, the defendant, should not be struck out, without the consent of the plaintiff, who refused his consent because the landlords, Messrs. *Jacobs*, wanted to use him as a witness.

Rule discharged.